IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C. C., Individually and as Parent of student, a minor , )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>PATRICIA HAMAMOTO, in her )<br>official capacity as Superintendent of )<br>the Hawaii Public Schools; and )<br>DEPARTMENT OF EDUCATION, )<br>STATE OF HAWAII , )<br>)<br>Defendants. )<br>_____ ) | CV 07-00167 SOM-BMK<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 3, 2007 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; October 24, 2007.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

cc:all parties of record